IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:12-CV-5250-L** |
| | § | |
| **MICHAEL KEITH TISDALE,** | § | |
| | § | |
| Defendant, | § | |
| | § | |
| AND | § | |
| | § | |
| **CREDIT UNION OF TEXAS, *ET AL*.,** | § | |
| | § | |
| Garnishees. | § | |

## ORDER

Before the court is Defendant's Claim for Exemptions and Request for Hearing (Doc. 22), filed April 12, 2013. The motion was referred to Magistrate Judge David L. Horan, who entered Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on August 22, 2013, recommending that the motion be denied. No objections were filed. After reviewing the motion, file, and record in this case, the court determines that the findings and conclusions of the magistrate judge are correct and **accepts** them as those of the court. Accordingly, the court **denies** Defendant's Claim for Exemptions and Request for Hearing (Doc. 22).

**It is so ordered** this 9th day of September, 2013.

_Sam A. Lindsay_
Sam A. Lindsay
United States District Judge

**Order – Solo Page**